# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>ADAN LIMON, *et al.*,<br><br>Defendants. | Case No. 22-CR-146 JLS<br><br>**ORDER CONTINUING MOTION HEARING/TRIAL SETTING AND EXCLUDING TIME UNDER SPEEDY TRIAL ACT**<br><br>The Honorable Janis L. Sammartino |

Pursuant to joint motion and good cause having been shown, the Court continues the upcoming motion hearing/trial setting from June 10, 2022, to July 20, 2022, at 1:30 p.m., and orders time excluded from the date of this order through July 20, 2022, under the Speedy Trial Act. For the reasons provided in the parties' joint motion, the Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendants in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). This order pertains to defendants Adan Limon, Mario Alberto Murillo Nunez, Rafael Varela Angulo, Luis Sanudo, Christian Olivas Gonzalez, Jose Luis Pelayo Perez, and Marivel Diaz.

**SO ORDERED.**

Dated: June 6, 2022

Hon. Janis L. Sammartino
United States District Judge